IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL E. BROOKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 10-00594-WS-N |
| | ) | |
| TREY OLIVER, | ) | |
| | ) | |
| Respondent. | ) | |

JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice. Petitioner is not entitled to a certificate of appealability.

**DONE** this 29th day of December, 2010.

                                                                s/ WILLIAM H. STEELE
                                                               CHIEF UNITED STATES DISTRICT JUDGE